IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 PM 1:57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| KEN E. BEASLEY | ) |
| Plaintiff, | ) No. 04 2853 MlP |
| v. | ) |
| STATE FARM FIRE & CASUALTY COMPANY | ) |
| Defendant. | ) |

## ~~PROPOSED~~ ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER

This matter is before the Court upon the parties' Joint Motion to Amend the Rule 16(b) Scheduling Order. The Court finds that the Motion is well taken and should be granted. It is therefore

ORDERED that the Rule 16(b) Scheduling Order shall be and the same is hereby amended as follows:

COMPLETING ALL WRITTEN DISCOVERY: November 30, 2005

(a)     DOCUMENT PRODUCTION: September 30, 2005

(b)     INTERROGATORIES: September 30, 2005

(c)     REQUESTS FOR ADMISSIONS: September 30, 2005

(d)     EXPERT DISCLOSURE (Rule 26):

      (1) Plaintiff's Expert Disclosures: October 1, 2005

      (2) Defendant's Expert Disclosures: November 1, 2005

(e)     DEPOSITIONS (Including experts): December 15, 2005

M ALM 895801 v1
2787551-000055 08/16/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-18-05

(35)

_____
Judge

Date: __August 17, 2005__


SUBMITTED FOR ENTRY BY:

_____
George T. Lewis, III (TN # 7018)
Antonio L. Matthews (TN #018107)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Attorneys for Defendant
State Farm Fire & Casualty Company


_____
Joseph T. Getz (#10964)   w/permission
Elizabeth B. Stengel (#13061)
100 Peabody Place, Suite 1000
Memphis, Tennessee 38103
Attorneys for Ken Beasley


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, postage prepaid, to Joseph T. Getz, Elizabeth B. Stengel and M. E. Buck Dougherty, III, 100 Peabody Place, Suite 1000, Memphis, Tennessee 38103, this __16__ day of __August__, 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02853 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT