FILED BY ___ ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   2005 OCT 31   PM 6: 58
WESTERN DIVISION

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| KEN E. BEASLEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 2853 MIP |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE & CASUALTY | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER AND CONTINUE TRIAL

This matter is before the Court upon the parties' Joint Motion to Amend the Rule 16(b) Scheduling Order and Continue trial . The Court finds that the Motion is well taken and should be granted.  It is therefore

ORDERED that the Rule 16(b) Scheduling Order shall be and the same is hereby amended as follows:

COMPLETING ALL WRITTEN DISCOVERY:  January 30, 2006

(a)    DOCUMENT PRODUCTION:  November 30, 2005

(b)    INTERROGATORIES:  December 30, 2005

(c)    EXPERT DISCLOSURE (Rule 26):

      (1) Plaintiff's Expert Disclosures:  January 21, 2006

      (2) Defendant's Expert Disclosures:  February 21, 2006

(d)    DEPOSITIONS (Including experts):  March 30, 2006

(e)    DISPOSITIVE MOTIONS:  April 28, 2006

M ALM 908711 v1
2787551-000055 10/26/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-1-05_

49

It is further ORDERED that the trial currently set for January 30, 2006 shall be

continued.  The court will determine the new trial date and notify counsel for the parties.

Judge

Date: Oct. 31, 2005

M ALM 895801 v1
2787551-000055 08/08/05
M ALM 908711 v1
2787551-000055 10/26/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:04-CV-02853 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Joseph T. Getz
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

M.E. Buck Dougherty
LESS GETZ & LIPMAN, PLLC
100 Peabody Place
Suite 1000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT